Revised 7/2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  
DIETRICK LEWIS JOHNSON

Case No. 06-54397-MLO  
Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, DIETRICK LEWIS JOHNSON, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $4,770.05, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for DIETRICK LEWIS JOHNSON.

The applicant further states that:

1. (Indicate one of the following)

    __X__ Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

    _____ Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

    _____ Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment of Unclaimed Funds

Respectfully submitted this 3RD day of AUGUST, 2022

DIETRICK LEWIS JOHNSON
Name of Applicant

*[Signature]*
Signature of Applicant

DIETRICK LEWIS JOHNSON
Name and Title of Applicant

_____
Company Name

P.O. BOX 1600
Street Address

BUTNER, NORTH CAROLINA 27509
City and State

_____
Telephone number

_____
Tax Identification

XXX-XX- 8270
Last 4 digits of Social Security Number

06-54397-MLO
Claim Number, if applicable

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
DIETRICK LEWIS JOHNSON

Case No. 06-54397-MLO
Chapter - 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

DIETRICK LEWIS JOHNSON

the sum of FOUR THOUSAND, SEVEN HUNDRED AND SEVENTH dollars ($ 4,770.05 ) of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

In re:
DIETRICK LEWIS JOHNSON

Case No. 06-54397-MLO

Chapter - 13

## AFFIDAVIT OF CLAIMANT

I, DIETRICK LEWIS JOHNSON, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: FEDERAL MEDICAL CENTER

P.O. BOX 1600

BUTNER, NORTH CAROLINA 27509

Phone number: _____

Social security number **XXX-XX-** 8270 _____ **Last 4 digits**

If claimant is a corporation, the federal tax ID number _____

    1.    Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 08-05-2022

Signature of Claimant

Sworn to and Subscribed before me this
5 day of August 20 22

NOTARY PUBLIC AT LARGE
STATE OF North Carolina

STACEY BURROUGHS
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires 4-7-26

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
DIETRICK LEWIS JOHNSON

Case No. 06-54397-MLO

Chapter - 13

PROOF OF SERVICE

I, the undersigned, hereby certify that on the __3RD__ day of __AUGUST__ 20__22__, a copy of the Application for Payment From Unclaimed Funds by CLAIMANT- __DIETRICK LEWIS JOHNSON__ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: AUGUST 3, 2022

By: *[signature]*
DIETRICK LEWIS JOHNSON
REG. NO. 19831-078